*E-Filed 6/30/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SYLESTER WILLIAMS, | No. C 10-2135 RS (PR) |
|        Plaintiff, | **ORDER OF DISMISSAL** |
|     v. | |
| JUDGE BROCK, | |
|        Defendant. | |

_____/

This is a federal civil rights action filed by a *pro se* state prisoner pursuant to 42 U.S.C. § 1983.  Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, by June 18, 2010, or face dismissal of the action.  Plaintiff was also ordered to file a complaint by the same date.  Plaintiff has not responded to the Court's orders.  Accordingly, the action is DISMISSED without prejudice to plaintiff filing a complaint, and a complete IFP application, or paying the filing fee.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED:  June 30, 2010

_____
RICHARD SEEBORG
United States District Judge